IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREATER OMAHA PACKING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, B-LINE LOGISTICS, LLC, <br><br> Defendants. | 4:12CV3053 <br><br> ORDER |

This matter is before the court on Plaintiff's motion to voluntarily dismiss defendant B-Line Logistics, LLC from this case without prejudice, (filing no. 35). B-Line Logistics, LLC has not filed an answer or a motion for summary judgment in this case. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all claims against B-Line Logistics, LLC have been voluntarily dismissed without prejudice as a matter of right. The clerk's office is instructed to close the case as to defendant B-Line Logistics, LLC.

Dated this 17th day of July, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge