IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREATER OMAHA PACKING COMPANY, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,  B-LINE LOGISTICS, LLC, C&AMP;A TRANSPORTATION &AMP; LOGISTICS, INC.,<br><br>            Defendants. | **4:12CV3053**<br><br>**AMENDED PROGRESSION ORDER** |
| GREATER OMAHA PACKING COMPANY, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,  C&AMP;A TRANSPORTATION LOGISTICS, INC.,<br><br>            Defendants. | **4:12CV3054** |

After conferring with the parties,

IT IS ORDERED:

1) Liberty Mutual's motions (4:12cv3053, Filing No. 64, and 4:12cv3054, Filing No. 59), are granted.

2) The jury trial of this case is set to commence before Warren K. Urbom, Senior United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **October 7, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial

days. A conference with counsel will be held in Judge Urbom's chambers at 8:30 a.m. on the first day of trial. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 24, 2013** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 23, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

4) The deposition deadline is May 28, 2013.

5) The deadline for filing motions to dismiss and motions for summary judgment is June 7, 2013.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 7, 2013.

7) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

8) All other provisions of the court's prior progression order, (Filing No. 50), remain in effect.

April 1, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge