IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREATER OMAHA PACKING COMPANY, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,  B-LINE LOGISTICS, LLC, C&AMP;A TRANSPORTATION &AMP; LOGISTICS, INC.,<br><br>                Defendants. | 4:12CV3053<br><br>SECOND AMENDED PROGRESSION ORDER |
| GREATER OMAHA PACKING COMPANY, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,  C&AMP;A TRANSPORTATION LOGISTICS, INC.,<br><br>                Defendants. | 4:12CV3054 |

        The Joint Oral Motions to Amend Discovery Deadlines in case 4:12cv3043 (filing no. 68) and in case 4:12cv3043 (filing no. 63) are granted.

        IT IS ORDERED that the second amended progression order is as follows:

    1)    The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 31, 2013.  Motions to compel Rule 33 through 36 discovery must be filed by May 17, 2013.

    2)    The deadline for identifying expert witnesses expected to testify at the trial is May 17, 2013.

    3)    The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

2

|  |  |
|---|---|
| For the plaintiff(s): | June 12, 2013 |
| For the defendant(s): | July 3, 2013 |
| For the plaintiff(s) rebuttal: | July 17, 2013 |

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 9, 2013.

April 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge