IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREATER OMAHA PACKING COMPANY, INC., | |
| Plaintiff, | **4:12CV3054** |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY,  C&AMP;A TRANSPORTATION LOGISTICS, INC., | |
| Defendants. | |

| | |
|---|---|
| GREATER OMAHA PACKING COMPANY, INC., | |
| Plaintiff, | **4:12CV3053** |
| vs. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,  B-LINE LOGISTICS, LLC, C&AMP;A TRANSPORTATION &AMP; LOGISTICS, INC., | |
| Defendants. | |

ORDER ON STIPULATION OF DISMISSAL

Counsel in the above-titled cases have filed a Stipulation of Dismissal, ECF No. 67, informing me that "they have reached a settlement regarding the claims asserted by Plaintiff and stipulate to the dismissal of Greater Omaha's claims against Defendants in the Complaints filed in these consolidated cases, with prejudice and with each party paying its own costs and attorneys' fees."

IT IS ORDERED that:

1.      the Stipulation of Dismissal is approved; and

2.      the consolidated cases captioned above are dismissed with prejudice, with each party paying its own costs and attorneys' fees.

Dated June 17, 2013.

BY THE COURT

Warren K. Urbom
United States Senior District Judge